# Exhibit C

| | |
|---|---|
| **From:** | Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com> |
| **Sent:** | Wednesday, July 31, 2024 4:29 AM |
| **To:** | Malyshev, Alexander G. |
| **Cc:** | Trafimow, A. Jonathan |
| **Subject:** | Re: Rhonda Flores case #LS11 2023007617 |

For settlemet purposes only:

I provided your clients with all of the required documents. The clock will start from the date of my original correspondence or I will dispatch my process server and add that cost to the already enourmous bill that your client has to pay.  You decided.

Additionally, your client (Mr. Green, and I am certain Ms. DiSalvo is not paying) can thank you and your "tone" for the fact that he will be provided no discounts or courtesies for this case moving forward.

Hopefully you'll put your selfish, self-serving desire to fill your pockets aside, and advise him to resolve this Case sooner rather than later before my legal fees and the cost of this case go through the roof.  Plaintiffs current non-negotiable settlement demand is now $200,000 for Mr. Green, and $250,000 for Ms. DiSalvo. Take it or leave it.

I will be sending you my rule 26 disclosures under separate cover, and I would like to put you on notice that I will be taking your clients deposions first.  We can select dates at the end of September.  If you'd like, I'll send over the CV for plaintiffs economic damages and psych experts.

Finally, plaintiff will not consent to mediation or any early dispute resolutions until the end of fact discovery.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com
————————————————————————————————

Please note that the use of the internet for communications with the firm will not establish an attorney-
client relationship, and messages containing confidential or time-sensitive information should not be sent via
this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may
contain confidential information belonging to the sender, which is protected by the attorney-client privilege.
The information is only for the use of the intended recipient. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any
action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of
this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the
sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message
are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law
firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to
any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of

such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Jul 30, 2024, at 4:46 PM, Malyshev, Alexander G. <Malyshev@clm.com> wrote:

<mark>be sent by first-class mail or other reliable means</mark>.